**FILED**

**MAGISTRATE JUDGE JENSEN**

**22CR50060**

OCT 25 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

WDVA # 1:22mj111

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. |
| vs. | ) | Violations: Title 18, United States Code, |
| | ) | Sections, 113(a)(3), 1791(a)(2), (b)(3), and |
| | ) | (d)(1)(B) |
| DAVID JAMES LITTLEJOHN | ) | |

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1. At times material to this indictment:

    A. United States Penitentiary Thomson ("USP Thomson") was a United States Bureau of Prisons facility located in Thomson, Illinois.

    B. Defendant DAVID JAMES LITTLEJOHN was an inmate at USP Thomson.

2. On or about July 27, 2020, at USP Thomson, within the Northern District of Illinois, Western Division,

DAVID JAMES LITTLEJOHN,

defendant herein, knowingly did possess a prohibited object, namely, a weapon and an object designed and intended to be used as a weapon, which is further described as an approximately 7-inch-long melted plastic object pointed at the tip and with an orange cloth handle,

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Sub-paragraphs 1(A) and (B) of Count One of this indictment are realleged here.

2. On or about July 30, 2021, Individual A was an inmate at USP Thomson.

3. On or about July 30, 2021, at USP Thomson, within the Northern District of Illinois, Western Division,

### DAVID JAMES LITTLEJOHN,

defendant herein, with intent to do bodily harm, assaulted Individual A with a dangerous weapon, namely, an approximately 6-inch-long object pointed at the tip,

In violation of Title 18, United States Code, Section 113(a)(3).

2

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Sub-paragraphs 1(A) and (B) of Count One of this indictment are realleged here.

2. On or about July 30, 2021, at USP Thomson, within the Northern District of Illinois, Western Division,

DAVID JAMES LITTLEJOHN,

defendant herein, knowingly did possess a prohibited object, namely, a weapon and an object intended to be used as a weapon, which is further described as an approximately 6-inch-long object pointed at the tip,

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

3

AO 442 (Rev. 11/11) Arrest Warrant                                              AUSA Michael C. Beckman, (815) 987-4444

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois, Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **22CR50060** |
| v. | ) ) Case No. 22 CR | |
| DAVID JAMES LITTLEJOHN | ) ) | WDVA # 1:21mj111 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DAVID JAMES LITTLEJOHN                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Assault with a dangerous weapon
in violation of Title   18    , United States Code, Section(s)  113(a)(3)                                                .

Possession of a prohibited object
in violation of Title   18    , United States Code, Section(s)  1791(a)(2), (b)(3), and (d)(1)(B)           .

Date: 10/25/2022                                                      *Lisa A. Jensen* (signature)
                                                                                             *Issuing officer's signature*

City and state:  Rockford, Illinois                              LISA A. JENSEN, U.S. MAGISTRATE JUDGE
                                                                                             *Printed name and title*
Bail fixed at $ _____ by _____
                                                                                             *Name of Judicial Officer*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____                                          _____
                                                                                             *Arresting officer's signature*

                                                                                             *Printed name and title*